# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO ESTRADA VALDEZ,<br><br>Petitioner,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Respondent. | Case No. 1:18-cv-00398-JDP<br><br>ORDER SETTING BRIEFING SCHEDULE FOR RESPONDENT'S MOTION TO DISMISS<br><br>(Doc. No. 13) |

Pro se petitioner Santiago Estrada Valdez is proceeding on a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention since July 4, 2017. (Doc. No. 1, at 4.) The court screened the petition and directed respondent to file a response to the petition. (Doc. No. 6, at 2.) Respondent moves to dismiss the petition as moot because petitioner has been released on bond and is no longer in detention. (Doc. No. 13.)

The court will set a briefing schedule for respondent's motion to dismiss.

Accordingly,

1. Petitioner must file and serve his response to respondent's motion to dismiss within 30 days of the service of this order.

1

2. Respondent may file a reply in support of his motion within 15 days of the service of petitioner's response.

IT IS SO ORDERED.

Dated:  June 5, 2018                               /s/ *Jeremy D. Peterson*
                                                   UNITED STATES MAGISTRATE JUDGE